## ATTACHMENT A: STATEMENT OF FACTS – DAVID DWAYNE RUDOLPH:

*The undersigned parties hereby stipulate and agree that if this matter had gone to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence which would have been presented had this matter gone to trial.*

On April 8, 2014, officers executed a state search warrant for Apartment 201 at 3239 Walters Lane, Forestville, Maryland. As a result of searching that residence, officers recovered (1) a Taurus semi-automatic handgun, bearing serial number TDM35443, (2) glass Pyrex containers with cocaine residue, (3) three digital scales with cocaine residue, (4) approximately 160 grams of crack cocaine, and (5) approximately 115 grams of marijuana. **RUDOLPH** used this apartment to store his drugs.

On June 26, 2014, officers executed a state arrest warrant for **RUDOLPH** when **RUDOLPH** was driving a GMC Yukon, vin number 1GKFK16Z55J114923. Officers located inside this vehicle $1,725 in U.S. currency, 39 bags containing a total of approximately 17 grams of crack cocaine, and several cellular telephones.

On June 27, 2014, officers executed a state search warrant at 3206 Forest Run Drive, Forestville, Maryland, which was a residence that **RUDOLPH** used. As a result of searching that residence, officers recovered (1) a bullet proof vest, (2) approximately 690 grams of crack cocaine, (3) approximately 55 grams of powder cocaine, (4) approximately 1,205 grams of marijuana, and (5) $7,707 in U.S. currency. Officers also recovered the following firearms and ammunition within the residence: a Taurus .45 caliber pistol, bearing serial number NEP08970, loaded with 12 rounds of ammunition; a Glock 9mm pistol, bearing serial number MEZ294, loaded with 16 rounds of ammunition; and a Beretta .32 caliber pistol, bearing serial number DAA321965, loaded with 11 rounds of ammunition.

All the drugs and guns recovered on April 8, 2014, June 26, 2014, and June 27, 2014 belonged to **RUDOLPH**. At the time that **RUDOLPH** possessed the crack cocaine, cocaine, and marijuana, **RUDOPLH**'s intention was to distribute it to others.

Four firearms were recovered on April 8, 2014 and June 27, 2014: a Taurus .45 caliber pistol, bearing serial number NEP08970, loaded with 12 rounds of ammunition; a Glock 9mm pistol, bearing serial number MEZ294, loaded with 16 rounds of ammunition; a Beretta .32 caliber pistol, bearing serial number DAA321965, loaded with 11 rounds of ammunition; and a Taurus semi-automatic handgun, bearing serial number TDM35443.

The Beretta .32 caliber pistol, bearing serial number DAA321965, was manufactured in Maryland, and shipped to a distributor in New York. Therefore, this firearm traveled in and affected interstate commerce before **RUDOLPH** knowingly possessed it.

As for the other three firearms – a Taurus .45 caliber pistol, bearing serial number

NEP08970, loaded with 12 rounds of ammunition; a Glock 9mm pistol, bearing serial number MEZ294, loaded with 16 rounds of ammunition; and a Taurus semi-automatic handgun, bearing serial number TDM35443 – they were manufactured outside of Maryland and therefore traveled in and affected interstate commerce before **RUDOLPH** knowingly possessed them.

Prior to April 8, 2014, **RUDOLPH** had been convicted of a crime punishable by imprisonment for a term exceeding more than one year and his civil rights had not been restored.

I have read this statement of facts and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

11-20-14
Date

David Dwayne Rudolph

11/20/14
Date

Joseph F. Vallario III, Esquire