MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | Maryland | |
|---|---|---|---|
| Name (under which you were convicted): David Dwayne Rudolph | | | Docket or Case No.: TDC 8:14-CR-0569-001 |
| Place of Confinement: FCI Petersburg Low | | Prisoner No.: 58439-037 | TDC 19cv898 |
| UNITED STATES OF AMERICA V. | | Movant (include name under which convicted) David Dwayne Rudolph | |

**MOTION**

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

    U.S. District Court
    District of Maryland
    Greenbelt, MD

    *FILED LODGED JF RECEIVED*
    *MAR 25 2019*
    *AT GREENBELT CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND*

    (b) Criminal docket or case number (if you know): TDC 8:14-CR-0569-001

2. (a) Date of the judgment of conviction (if you know): 3/16/2015

    (b) Date of sentencing: 3/16/2015

3. Length of sentence: 288 months

4. Nature of crime (all counts):

    Count 1: 21 U.S.C §841(a)(1), 21 U.S.C §841(b)(1)(A) - Possession with Intent to Distribute Controlled Substances

    Count 2: 18 U.S.C §922(g)(1), 18 U.S.C §841(b)(1)(A), - Felon in Possession of a Firearm
    18 U.S.C §924(e)(1)

5. (a) What was your plea? (Check one)
    (1) Not guilty ☐     (2) Guilty ✓     (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?



6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ✓

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ✓

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☑

9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised:

   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑
      If "Yes," answer the following:
      (1) Docket or case number (if you know): _____
      (2) Result: _____

      (3) Date of result (if you know): _____
      (4) Citation to the case (if you know): _____
      (5) Grounds raised:

      _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

    _____

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐     No ☐

    (7) Result: _____

    (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court: _____

    (2) Docket of case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

    _____

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐     No ☐

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:     Yes ☐     No ☐

    (2) Second petition:   Yes ☐     No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Modification of mandatory minimums for repeat offenders - Title IV - Sentencing Reform- First Step Act, Section 401. Reduce and Restrict Enhanced Sentencing for Prior Drug Felonies.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Based on the revisions made to Title IV, Sentencing Reform, First Step Act of 2018 dated December 21, 2018, my case qualifies for review for reduction of the originally imposed sentencing guidelines applied upon entrance of my plea of guilty to the previously stated charges on March 16, 2015. Given my prior criminal convictions this plea deemed me a repeat offender for whom the now obsolete sentencing guidelines were applied. The mandatory minimum applies at the time of sentencing of 20 years should reviewed for reduction to 15 years.

Additionally, I believe my case should be reviewed to ensure any potentially inappropriate "stacking" of sentencing lengths for the various charges and the guidelines applied at the time are rectified and eliminated; resulting in further reduction of my originally imposed sentence.

(b) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☑

    (2) If you did not raise this issue in your direct appeal, explain why:

    A direct appeal was not previously applied for.

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☑

    (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** Reduction of sentence. Retroactive application of the law changing the disparity between how crack/powder cocaine offenses were punished - Title IV - Sentencing Reform- First Step Act, Section 404. Application of Fair Sentencing Act

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Based on the revisions made to Title IV, Sentencing Reform, First Step Act of 2018 dated December 21, 2018, my case qualifies for review for application of the the Fair Sentencing Act to lower my originally imposed sentence.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

A direct appeal was not previously applied for.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** Reduction of sentence due to improper application of the Armed Career Criminal Act (ACCA) 18 U.S.C. 924(e)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Act requires imposition of a minimum 15-year term of imprisonment for recidivists convicted of unlawful possession of a firearm who have three prior state of federal convictions for violent felonies of serious drug offenses. I only had two (2) prior state drug offense convictions. My plea in my first (currently serving) Federal case made three (3). I am requesting review of my case for the purpose of identifying this discrepancy; and rescission of ACCA application to my originally imposed sentence.

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☑

    (2) If you did not raise this issue in your direct appeal, explain why:

A direct appeal was not previously applied for.

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☑

    (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☑

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐

AO 243 (Rev. 09/17)

    (6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

    (7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND FOUR:** _____

    (a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

   (b)  **Direct Appeal of Ground Four:**

    (1)   If you appealed from the judgment of conviction, did you raise this issue?

         Yes ☐    No ☐

    (2)   If you did not raise this issue in your direct appeal, explain why:

_____

   (c)  **Post-Conviction Proceedings:**

    (1)   Did you raise this issue in any post-conviction motion, petition, or application?

         Yes ☐    No ☐

    (2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

No

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☑

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At the preliminary hearing:
   Joseph F. Vallario III, ESQ    5210 Auth Rd, Suite 600, Suitland, MD 20746

   (b) At the arraignment and plea:
   Joseph F. Vallario III, ESQ    5210 Auth Rd, Suite 600, Suitland, MD 20746

   (c) At the trial:
   N/A

   (d) At sentencing:
   Joseph F. Vallario III, ESQ    5210 Auth Rd, Suite 600, Suitland, MD 20746

   (e) On appeal:
   N/A

   (f) In any post-conviction proceeding:
   Joseph F. Vallario III, ESQ    5210 Auth Rd, Suite 600, Suitland, MD 20746

   (g) On appeal from any ruling against you in a post-conviction proceeding:
   N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☑

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   (b) Give the date the other sentence was imposed: _____
   (c) Give the length of the other sentence: _____
   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

   My motions should be excepted from the the one-year period of limitation due to recent revisions to law, specifically the First Step Act of 2018, signed on December 21, 2018. In fair consideration for the revisions made and their applicability to my case I believe my motions should be accepted as they are being made as a result of govermental action taken subsequent to my conviction. Some of which specifically allow for retroactive consideration.

---

   \* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
   (1) the date on which the judgment of conviction became final;
   (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

Application of new sentencing guidelines for repeat offenders;reduction of sentence for time related to cocaine offense; and elimination of any portion of sentence imposed due to "stacking" of time for various charges/obsolete guidelines.

or any other relief to which movant may be entitled.

N/A
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ___3-20-19___.
(month, date, year)

Executed (signed) on ___3-20-19___ (date)

David Rudolph
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.